# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. MCGUIRE | Case No.: 5:16-cv-02209-JAK-SP |
| Plaintiff, | Assigned to: Hon. John A. Kronstadt |
| v. | Referred to: Hon. Sheri Pym |
| ACCORDIA LIFE AND ANNUITY COMPANY, GLOBAL ATLANTIC FINANCIAL GROUP LIMITED and ALLIANCE-ONE SERVICES, INC., | **ORDER GRANTING STIPULATION RE: PROTECTIVE ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION** |
| Defendants. | |

## ORDER

The Court, having considered the Joint Stipulation Re: Protective Order Governing the Production and Exchange of Confidential Information (the "Stipulated Protective Order"), and good cause appearing, now orders as follows:

The Stipulated Protective Order is hereby GRANTED.

Dated: January 18, 2017         By: _____
                                     Hon. Sheri Pym
                                     United States District Court